UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J.N. KATAVICH,<br><br>　　　　　Respondent. | ) CV 12-5905-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: March 19, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1